## MOTION DOCKET

**96–1030. Miller v. Bike Athletic Co.**
Belmont App. No. 94–B–52. On motion for admission *pro hac vice* of Louis M. Tarasi, Jr. Motion granted.

**96–1645. State ex rel. Walker v. Lancaster City School Dist. Bd. of Edn.**
Fairfield App. No. 95CA0024. On request for oral argument. Request denied.

**96–2006 and 96–2025. Minton v. Honda of Am. Mfg., Inc.**
Montgomery App. No. 14949. On motion for admission *pro hac vice* of Kenneth S. Geller. Motion granted.

**96–2029. State v. White.**
Ashland C.P. No. 96CRI07366. On motion for order requiring preservation of, and allowing inspection and copying of, videotape of trial. Motion denied.

**96–2153. Internatl. Thomson Publishing, Inc. v. Tracy.**
Board of Tax Appeals, Nos. 94–T–1078 and 94–T–1079. On request for argument before full court. Request denied.
   PFEIFER, J., dissents.

**96–2509. State v. White.**
Ashland App. No. 96COA01182. On motion for order requiring preservation of, and allowing inspection and copying of, videotape of trial. Motion denied.

**96–2671. State v. Williams.**
Stark App. No. 95CA0258. On motion for appointment of counsel. Motion granted and this matter is remanded to the court of appeals for appointment of counsel.